988

## BENNETT & WESTFALL v. McCLINTIC-MARSHALL CO.

No. 5230.

Circuit Court of Appeals, Sixth Circuit.
Oct. 11, 1929.

Barton Griffith, of Columbus, Ohio, for appellants.

Postlewaite & Bricker, of Columbus, Ohio, for appellee.

PER CURIAM.

Decree of District Court affirmed.

## R. H. BILLINGSLEY v. UNITED STATES of America.

No. 6.

Circuit Court of Appeals, Tenth Circuit.
June 2, 1930.

Joseph R. Haas, of Salt Lake City, Utah, for appellant.

C. R. Hollingsworth, U. S. Atty., of Salt Lake City, Utah.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 2, 1930, on motion of appellee.

## BILLS BROTHERS MEMORIAL CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.

No. 53.

Circuit Court of Appeals, Tenth Circuit.
June 9, 1930.

Lindsey & Larwill, of Denver, Colo., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed June 9, 1930, for failure diligently to prosecute.

## Carl A. BISHOP, Executor, etc., v. Carolina C. SALAZAR.

No. 272.

Circuit Court of Appeals, Tenth Circuit.
April 5, 1930.

J. O. Seth, of Santa Fé, N. M., for appellant.

Roberts, Brice & Sanchez, of Santa Fé, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed April 5, 1930, on stipulation.

## BOARD OF EDUCATION OF CITY OF DRUMRIGHT, Oklahoma, v. Paul N. MYERS.

No. 249.

Circuit Court of Appeals, Tenth Circuit.
March 1, 1930.

S. A. Denyer, of Drumright, Okl., for appellant.

Eugene Jordan, of Tulsa, Okl., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed March 1, 1930.